IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE
SEP 24 2018
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| PAUL PARSHALL, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-02474-CCB |
| ) | |
| MB FINANCIAL, INC., et al ) | |
| ) | |
| *Defendants* ) | |
| ) | |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, on May 20, 2018 MB Financial, Inc. ("MB Financial") and Fifth Third Bancorp ("Fifth Third") entered into an agreement and plan of merger pursuant to which Fifth Third will acquire MB Financial (the "Transaction");

WHEREAS, on August 3, 2018, MB Financial filed a definitive proxy statement/prospectus (the "Proxy") with the United States Securities and Exchange Commission ("SEC") in connection with the Transaction;

WHEREAS, on August 13, 2018, Plaintiff filed a putative class action complaint on behalf of himself and the other public stockholders of MB Financial (the "Complaint") in the United States District Court for the District of Maryland (the "Court"), naming as defendants MB Financial, Fifth Third, and the Individual Defendants (David P. Bolger, Charles Bryan Daniels, Mitchell Feiger, Sunil Garg, Charles J. Gries, James N. Hallene, Thomas H. Harvey, Richard J. Holmstrom, Mark A. Hoppe, Karen J. May, and Renee Togher) (together the "Defendants"), captioned *Parshall v. MB Financial, Inc. et al.*, 18-cv-02474-CCB, asserting that (i) MB Financial and the Individual Defendants violated Section 14(a) of the Securities Exchange Act of 1934 as well as SEC Rule 14a-9, 17 C.F.R. 240.14a-9 and that (ii) Fifth Third

Case 1:18-cv-02474-CCB Document 16 Filed 09/24/18 Page 2 of 6

and the Individual Defendants violated Section 20(a) of the Securities Exchange Act of 1934 (the "Action");

WHEREAS, the Complaint alleges, *inter alia*, that the Proxy omits material information rendering it false and misleading;

WHEREAS, on August 21, 2018, Plaintiff's counsel sent a demand letter to counsel for MB Financial and counsel for Fifth Third demanding that additional disclosures be made in connection with the Proxy;

WHEREAS, following discussions among counsel for Plaintiff and counsel for Defendants, on September 6, 2018, without admitting any insufficiency with respect to the Proxy or any prior disclosures, MB Financial agreed to issue certain additional disclosures regarding the Transaction (the "Additional Disclosures") via the filing of a Form 8-K with the SEC;

WHEREAS, Plaintiff's counsel reviewed and approved the Additional Disclosures and agreed that the Additional Disclosures have rendered moot Plaintiff's claims in the Action regarding the sufficiency of the disclosures in the Proxy (the "Mooted Claims");

WHEREAS, on September 7, 2018, MB Financial filed with the SEC a Form 8-K making the Additional Disclosures;

WHEREAS, Defendants have denied and continue to deny any material omissions or misstatements in the Proxy or any wrongdoing in connection with the Transaction, and contend that no claim in the Action was meritorious;

WHEREAS, Plaintiff has not moved for class certification, and no class has been certified in the Action;

WHEREAS, Plaintiff's counsel intend to assert a claim for mootness fees and expenses in connection with the Mooted Claims (the "Fee and Expense Application") and will file their Fee

and Expense Application in the Action within sixty (60) days after the vote by MB Financial stockholders on the Transaction, which occurred on September 18, 2018, in the event their claim for fees and expenses cannot be resolved through negotiations between counsel for Plaintiff and counsel for Defendants;

WHEREAS, Plaintiff has determined to dismiss the Action as to all Defendants with prejudice as to the named Plaintiff only, and without prejudice as to all other members of the putative class;

WHEREAS, Defendants believe and contend that no claim asserted in the Action was meritorious;

WHEREAS, Defendants reserve all rights regarding contesting any Fee and Expense Application, including, without limitation, their contention that the Additional Disclosures did not contain supplemental disclosures of material fact and that Plaintiff and his counsel are not entitled to any award of attorneys' fee and expenses; and

WHEREAS, no compensation in any form has passed directly or indirectly to Plaintiff or his attorneys and no promise, understanding, or agreement to give any such compensation has been made, nor have the parties had any discussions concerning the amount of any mootness fee application or award;

NOW, THEREFORE, upon agreement of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this _____ day of September, 2018 by the United States District Court for the District of Maryland as follows:

1. The Action and the claims asserted therein shall be, and hereby are, dismissed with prejudice as to Plaintiff Paul Parshall only, thereby barring Plaintiff Parshall from asserting in the future any claims against any of the Defendants arising from or relating in any way to the Transaction, and dismissed without prejudice as to all other members of a putative class of MB Financial stockholders.

2. Because the dismissal is without prejudice as to a potential class of MB Financial stockholders, and no compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or Plaintiff's counsel and no promise to give any such compensation has been made, notice of this dismissal is not required.

3. The Court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's anticipated Fee and Expense Application, if that becomes necessary, which Fee and Expense Application shall be filed within sixty (60) days after the vote of MB Financial's stockholders on the Transaction.

4. This Order is entered without prejudice to any right, position, claim, or defense any party may assert with respect to the Fee and Expense Application, which includes the Defendants' right to oppose the Fee and Expense Application.

5. If the parties reach an agreement concerning the Fee and Expense Application before the expiration of the sixty (60)-day period for filing such an Application, they shall notify the Court; and, upon such notification, the Court will close the Action. If no Fee and Expense Application is filed within the sixty (60)-day period and the parties have not filed an Amended

21224057.3

Stipulation and [~~Proposed~~] Order requesting an extension of the sixty (60)-day period, the Action shall be closed. *This case is now Administratively Closed, subject to reopening upon request if necessary to determine the Fee and Expense Application*

*So Ordered.*                          _____CCB_____ 9/26/18
                                          Catherine C. Blake
                                          United States District Judge

**APPROVED AND AGREED:**
Dated: September 24, 2018

| | |
|---|---|
| **GOLDMAN & MINTON, P.C.** | **VENABLE LLP** |
| By: */s/ Thomas J. Minton* | By: */s/ G. Stewart Webb, Jr.* |
| Thomas J. Minton | G. Stewart Webb, Jr. |
| 3600 Clipper Mill Rd., Suite 201 | 750 E. Pratt Street, Suite 900 |
| Baltimore, MD 21211 | Baltimore, MD 21202 |
| Phone: (410) 783-7575 | Phone: (410) 244-7565 |
| *Counsel for Plaintiff* | *Counsel for MB Financial, the Individual Defendants and Fifth Third Bancorp* |

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Gina M. Serra
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Phone: (302) 295-5310

**SIMPSON THACHER & BARTLETT LLP**

By: */s/ Peter E. Kazanoff*
Peter E. Kazanoff
Craig S. Waldman

425 Lexington Avenue
New York, NY 10017
Phone: (212) 455-2000

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300 New
Berwyn, PA 19312
Phone: (484) 324-6800

*Counsel for Fifth Third Bancorp*

211224057.3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 24th day of September, 2018 a copy of the foregoing Stipulation and [Proposed] Order of dismissal was served by regular mail and electronic mail on the following:

Thomas J. Minton
Goldman & Minton, P.C.
Suite 201
3600 Clipper Mill Rd.
Baltimore, MD 21211
(tminton@charmcitylegal.com)

Gina M. Serra
Rigrodsky & Long, P.A.
Suite 1220
300 Delaware Avenue
Wilmington, DE 19801
(gms@rl-legal.com)

Richard A. Maniskas
RM Law, P.C.
Suite 300
1055 Westlakes Drive,
New Berwyn, PA 19312
(rmaniskas@rmclasslaw.com)
Attorneys for Plaintiff

Peter E. Kazanoff
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(pkazanoff@stb.com)
Attorneys for Fifth Third Bancorp

/S/
G. Stewart Webb, Jr.