

GOLDMAN & MINTON P.C.

November 19, 2018

Attorneys at Law
3600 Clipper Mill Road
Suite 201
Baltimore, MD 21211
Phone 410.783.7575
www.charmcitylegal.com

MAILING ADDRESS
P.O. Box 19926
Baltimore, MD 21211

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

NOV 1 9 2018

UNITED STATES DISTRICT JUDGE

**VIA ECF AND FIRST CLASS MAIL**

Honorable Catherine C. Blake
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Chambers 7D
Baltimore, MD 21201

RE:   *Parshall v. MB Financial Inc.*, Case No. 1:18-cv-02474-CCB

Dear Judge Blake:

I write on behalf of plaintiff in the above-captioned action ("Plaintiff" in the "Action"). On September 24, 2018, the parties filed a Stipulation and [Proposed] Order of Dismissal in the Action (the "Stipulation") (D.I. 16), which the Court entered on September 26, 2018 (D.I. 18). Pursuant to Paragraph 5 of the Stipulation, I write to inform the Court that the parties to the Action have reached an agreement regarding Plaintiff's claim for mootness fees and expenses. Accordingly, the parties respectfully request that the Court close the Action for all purposes.

Should Your Honor have any questions, counsel are available at the Court's convenience.

Very truly yours,

Thomas J. Minton
tminton@charmcitylegal.com

cc: G. Stewart Webb, Esq. (via ECF)
Peter E. Kazanoff, Esq. (via email)

*Approved. Case Closed for all purposes.*
*CCB*
*USDJ*
*11/26/18*